# EXHIBIT A

Hearing Date: 8/24/2021 9:30 AM - 9:30 AM
Courtroom Number: 2408
Location: District 1 Court
     Cook County, IL

FILED
4/23/2021 5:03 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021CH01980

**Atty. No. 41106**

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

FILED DATE: 4/23/2021 5:03 PM  2021CH01980

| | |
|---|---|
| KELLY MAHNKE,<br>and JOANN LIU,<br>on behalf of Plaintiffs and a class, | )<br>)<br>)<br>) |
|          Plaintiffs, | )<br>)<br>) |
|   vs. | )<br>) |
| MIDLAND FUNDING LLC, and<br>MIDLAND CREDIT<br>MANAGEMENT, INC., | )   **2021CH01980**<br>)<br>)<br>) |
|          Defendants. | )<br>) |

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1.    Plaintiffs Kelly Mahnke and Joann Liu bring this action to secure redress regarding unlawful collection practices engaged in by defendants Midland Funding LLC ("Midland Funding") and Midland Credit Management, Inc. ("Midland Credit Management"). Plaintiffs allege violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2.    Jurisdiction of this Court arises under 15 U.S.C. §1692k(d).

3.    Personal jurisdiction in Illinois is proper because Defendants have an office here and the letters in question were received in Illinois.

4.    Venue in Cook County is proper in that the Defendants do business here and have an office here.

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

## PARTIES

### Plaintiffs

5.      Plaintiff Kelly Mahnke is a natural person residing in Plainfield, Illinois.

6.      Plaintiff Joann Liu is a natural person residing in Lombard, Illinois.

### Defendant Midland Funding

7.      Defendant Midland Funding is a limited liability company organized under the laws of Delaware and engaged in the business of collecting debts in Cook County and elsewhere. It is authorized to do business in this state. It operates from 350 Camino De La Reina, Suite 100, San Diego, CA 92108. Its registered agent and office is Midland Credit Management, Inc., 1821 Walden Office Sq., Ste. 400, Schaumburg, IL 60173.

8.      Midland Funding is engaged in the sole or principal business of collecting consumer debts, using the mails and telephone system for that purpose.

9.      Midland Funding purchases defaulted consumer debts and then attempts to collect these debts. Among other things, it files thousands of debt collection lawsuits in its own name as plaintiff. Midland Funding files thousands of lawsuits against consumers each year in Illinois courts.

10.     Midland Funding does not originate loans or extend credit to consumers or have any source of revenue other than the liquidation of defaulted consumer debts.

11.     Midland Funding purchases defaulted consumer debts for pennies on the dollar, so that it can derive large profits from collection on the consumer debt it purchases.

12.     Midland Funding hires Midland Credit Management as its "servicer" to collect on its defaulted consumer debts via:

        a.      Collection letters sent by Midland Credit Management to consumers; and

        b.      Collection phone calls to consumers.

13.     Midland Funding also has Midland Credit Management retain lawyers and law firms to file debt collection lawsuits against consumers. Midland Funding obtains judgments

-2-

FILED DATE: 4/23/2021 5:03 PM  2021CH01980

against consumers and then executes on the judgments.

14.     Midland Funding's debt collection complaints are supported by affidavits of employees of Midland Credit Management that state the consumer owes Midland Funding a certain balance on delinquent accounts.

15.     Midland Funding and Midland Credit Management are wholly-owned subsidiaries of Encore Capital, a public company, and share common management with Encore Capital.

16.     Midland Funding and Midland Credit Management operate in concert with one another and affiliates, to purchase and collect consumer debt on a massive scale.

17.     Midland Funding and Midland Credit Management and their affiliates are one of the largest debt buyers and collectors in the United States.

18.     Midland Funding and Midland Credit Management send collection letters by United States mail, call consumers from call centers in the United States, India, and Costa Rica, furnish consumer information to credit bureaus, and sue consumers in state courts across the country.

19.     Midland Funding and Midland Credit Management purchase or claim to purchase portfolios of old consumer debt from some of the nation's largest consumer finance and telecommunications companies, and from other debt buyers, for pennies on the dollar. These debts primarily consist of charged-off consumer credit card and telecommunications debts, obtained at various points in time after default.

20.     From 2009 to 2015, Encore states in SEC filings that it paid about $4 billion for approximately 60 million consumer accounts with a total face value of some $128 billion. Encore's SEC filings further state: "During the year ended December 31, 2018, we invested $1,131.9 million to acquire portfolios, primarily charged-off credit card portfolios, with face values aggregating $8.5 billion, for the average purchase price of 13.3% of face value.  During the year ended December 31, 2017, we invested $1,058.2 million to acquire portfolios, primarily charged-off credit card portfolios, with face values aggregating $10.1 billion, for an average purchase price of

-3-

FILED DATE: 4/23/2021 5:03 PM    2021CH01980

10.5% of face value. During the year ended December 31, 2016, we invested $9,06.7 million to acquire portfolios, primarily charged-off credit card portfolios, with face values aggregating $9.8 billion, for an average purchase price of 9.2% of face value."

21.    About half of Midland Funding and Midland Credit Management's U.S. collection income comes from "legal collections." (Annual report of Encore Capital on SEC Form 10-K for year ending December 31, 2015, original page 39; annual report of Encore Capital on SEC Form 10-K for year ending December 31, 2018, original page 32.)

22.    Requests for default judgments in cases filed in the name of Midland Funding generally are supported by affidavits of employees of Midland Credit Management, attesting to the ownership and amount of the debt.

23.    Upon information and belief, almost all of Midland Funding's resources are devoted to debt collection.

24.    Upon information and belief, almost all of Midland Funding's revenue is derived from debt collection.

25.    Upon information and belief, almost all of Midland Funding's expenses are related to debt collection, including the acquisition of the debts to be collected.

26.    Midland Funding is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6), as a person who uses one or more instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts.

**Midland Credit Management**

27.    Defendant Midland Credit Management, Inc. is a Kansas for profit corporation operating from 350 Camino De La Reina, Suite 100, San Diego, CA 92108. It has offices at 1821 Walden Office Sq., Ste. 400, Schaumburg, IL 60173.

28.    Midland Credit Management uses instrumentalities of interstate commerce or the mails in its business, the principal purpose of which is the collection of debts.

29.    Midland Credit Management regularly collects or attempts to collect, directly or

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

indirectly, debts owed or due or asserted to be owed or due to another, specifically Midland Funding and certain other subsidiaries of Encore.

30.     Recently, Midland Credit Management also claims to take title to debts, and files collection suits in its name.

31.     Upon information and belief, almost all of Midland Credit Management's resources are devoted to debt collection.

32.     Upon information and belief, almost all of Midland Credit Management's revenue is derived from debt collection.

33.     Upon information and belief, almost all of Midland Credit Management's expenses are related to debt collection.

34.     Midland Credit Management is a "debt collector" within the meaning of the FDCPA.

35.     All actions of Midland Credit Management complained of herein were taken as agent of Midland Funding.

## FACTUAL ALLEGATIONS

36.     This action arises out of Defendants' attempts to collect credit card debts incurred for personal, family or household purposes.

37.     On or about March 23, 2021, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Mahnke the letter in Exhibit A.

38.     On or about July 19, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit B.

39.     On or about August 5, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit C.

40.     On or about September 9, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit D.

41.     On or about September 26,  2020, Midland Credit Management, on behalf of

FILED DATE: 4/23/2021 5:03 PM  2021CH01980

Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit E.

42.     On or about October 14, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit F.

43.     On or about November 2, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit G.

44.     On or about November 15, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit H.

45.     On or about December 2, 2020, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit I.

46.     On or about January 15, 2021, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit J.

47.     On or about February 26,  2021, Midland Credit Management, on behalf of Midland Funding, caused a letter vendor to send Plaintiff Liu the letter in Exhibit K.

48.     In order to have the letter vendor send Plaintiffs these letters, Defendants had to furnish the letter vendor with each Plaintiff's name and address, the status of each Plaintiff as a debtor, details of each Plaintiff's alleged debt(s),  and other personal information.

49.     The letter vendor then populated some or all of this information into a prewritten template, printed, and mailed the letters to Plaintiffs.

50.     The FDCPA defines "communication" at 15 U.S.C. § 1692a(3) as "the conveying of information regarding a debt directly or indirectly to any person through any medium."

51.     The sending of an electronic file containing information about each Plaintiff's purported debt to a letter vendor is therefore a communication.

52.     Midland Credit Management's communication to the letter vendor was in connection with the collection of a debt since it involved disclosure of the debt to a third-party with the objective being communication with and motivation of the consumer to pay the alleged debt.

53.     Plaintiffs  never consented to having Plaintiffs' personal and confidential

-6-

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

information, concerning the debt or otherwise, shared with anyone else.

54. In limiting disclosures to third parties, the FDCPA states, at 15 U.S.C. §1692c(b): "Except as provided in section 1692b of this title, without the prior consent of the consumer given directly to the debt collector, or the express permission of a court of competent jurisdiction, or as reasonably necessary to effectuate a post judgment judicial remedy, a debt collector may not communicate, in connection with the collection of any debt, with any person other than the consumer, his attorney, a consumer reporting agency if otherwise permitted by law, the creditor, the attorney of the creditor, or the attorney of the debt collector."

55. The letter vendor used by Midland Credit Management as part of its debt collection effort against Plaintiffs does not fall within any permitted exception provided for in 15 U.S.C. §1692c(b).

56. Due to Midland Credit Management's communication to this letter vendor, information about Plaintiffs is within the possession of an unauthorized third-party.

57. If a debt collector "conveys information regarding the debt to a third party -- informs the third party that the debt exists or provides information about the details of the debt -- then the debtor may well be harmed by the spread of this information." *Brown v. Van Ru Credit Corp.*, 804 F.3d 740, 743 (6th Cir. 2015).

58. Midland Credit Management unlawfully communicates with the unauthorized third-party letter vendor solely for the purpose of streamlining its generation of profits without regard to the propriety and privacy of the information which it discloses to such third-party.

59. In its reckless pursuit of a business advantage, Midland Credit Management disregarded the known, negative effect that disclosing personal information to an unauthorized third-party has on consumers.

### COUNT I – FDCPA

60. Plaintiffs incorporate paragraphs 1-59.

61. Midland Credit Management, Inc., on behalf of Midland Funding, LLC, violated

-7-

15 U.S.C. §1692c(b) when it disclosed information about Plaintiffs' purported debt to the employees of an unauthorized third-party letter vendor in connection with the collection of the debt.

62.     Defendants violated 15 U.S.C. §1692f by using unfair means in connection with the collection of a debt – disclosing personal information about Plaintiffs to third parties not expressly authorized under the FDCPA.

## CLASS ALLEGATIONS

63.     Plaintiffs bring this action on behalf of a class.

64.     The class consists of (a) all individuals in Illinois (b) with respect to whom Midland Credit Management, Inc., had a letter prepared and sent by a letter vendor (c) which letter was sent at any time during a period beginning one year prior to the filing of this action and ending 30 days after the filing of this action.

65.     Plaintiffs may alter the class definition to conform to developments in the case and discovery.

66.     On information and belief, the class is so numerous that joinder of all members is not practicable.

67.     There are questions of law and fact common to the class members, which common questions predominate over any questions relating to individual class members. The predominant common questions are whether Defendants' practice as described above violates the FDCPA.

68.     Plaintiffs will fairly and adequately represent the class members. Plaintiffs have retained counsel experienced in class actions and FDCPA litigation. Plaintiffs' claim is typical of the claims of the class members. All are based on the same factual and legal theories.

69.     A class action is appropriate for the fair and efficient adjudication of this matter, in that:

    a.     Individual actions are not economically feasible.

    b.     Members of the class are likely to be unaware of their rights;

-8-

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

      c.      Congress intended class actions to be the principal enforcement mechanism under the FDCPA.

WHEREFORE, the Court should enter judgment in favor of Plaintiffs and the class and against Defendants for:

      i.      Statutory damages;

      ii.      Attorney's fees, litigation expenses and costs of suit;

      iii.      Such other and further relief as the Court deems proper.

*/s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman (ARDC 0712094)
Cassandra P. Miller (ARDC 6290238)
Samuel Park (ARDC 6333176)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com
Atty. No. 41106 (Cook)

T:\37757\Pleading\Complaint – 2 plaintiffs_Pleading.WPD

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT A

SYNCHRONY BANK
AMAZON

$717.32

You are pre-approved for a
**10% discount!**

Reply Now MidlandCredit.com or call
877-875-5578 by 4/22/2021

## Choose the Option That Works for You.

Midland Credit Management, Inc. gives you options to manage your account: make an online payment at MidlandCredit.com or call 877-875-5578. Whatever one you choose, we are offering you these fantastic savings below:

OPTION 2

**5%** off  6 Monthly Payments of
$113.58**

**10%** off

You Pay Only:
**$645.59***

Visit MidlandCredit.com or
Call 877-875-5578 Now

### ACCOUNT INFORMATION

Current Owner:
Midland Funding, LLC

Original Account Number:

MCM Account Number:

Current Balance:
$717.32

Let's put this debt behind you. Visit MidlandCredit.com, or call 877-875-5578 today, to pay off your account and regain your financial freedom!

Sincerely,

*Tim Bolin*
Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-875-5578.
**Option 2 is only available by calling 877-875-5578.

We are not obligated to renew any offers provided.

Visit MidlandCredit.com or Call **877-875-5578** Now

Hours of operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

360 Camino De La Reina
Suite 100
San Diego, CA 92108

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

**Manage Your Account Online**
MidlandCredit.com

**Important Payment Information**
Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**877-875-5578**

se habla español
877-875-5585

**Important Disclosure Information:**

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| | | | |
|---|---|---|---|
| Original Creditor | SYNCHRONY BANK | MCM Account Number | [illegible] |
| Original Account Number | [illegible] | Charge-Off Date | [illegible] |
| Current Creditor [illegible] | Midland Funding, LLC | Current Servicer | Midland Credit Management, Inc. |

| | | |
|---|---|---|
| [illegible] Midland Credit Management, Inc. [illegible] | [illegible] | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

[illegible]

[illegible] THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS. You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

[illegible] THIS APPLIES TO YOU: North Carolina Department of Insurance Permit #101659, #4182, #4250, [illegible] and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA [illegible]

[illegible] THIS APPLIES TO YOU: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DFR0D4

[illegible] below, you authorize MCM or its agents to contact you regarding your account at such number by [illegible] automated dialer systems and automatic telephone dialing systems, and using pre-recorded or [illegible] your e-mail address below, you agree to receive electronic mail communications from MCM or its [illegible] e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

State ____ ZIP ____

Cell Phone ____

Home Phone ____

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT B

 *Welcome.* Your account has a new home.

 Midland Credit Management

350 Camino De La Reina
Suite 100
San Diego, CA 92108

FILED DATE: 4/23/2021 5:03 PM 2021CH01980

7/19/2020

Joann Liu          P18 T281 048    

ɪɪₚɪᵢᵢₗₚₗₗᵢₗₗₗₗₗₗₗₗₗₗₗₗₗ

## Account Transfer Details

| | |
|---|---|
| **Original Creditor** | **COMENITY BANK** |
| **Original Account Number** | |
| **Current Servicer** | Midland Credit Management, Inc. |
| **MCM Account Number** | |
| **Current Owner** | Midland Credit Management, Inc. |
| **Current Balance** | $1,897.55 |

Flexible payment options available

*fax 858-309-6977*

### Account at a Glance

**Current Balance**
**$1,897.55**

**Flexible payment options available**

**Receive Personalized Service**

**Begin your path to your financial freedom TODAY!**

**Reply by**
**9/3/2020**
MidlandCredit.com
**Call 877-452-7959**
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

RE COMENITY BANK LANE BRYANT RETAIL

Dear Joann,

Welcome! On 7/16/2020, your account was sold to Midland Credit Management, Inc., which is now the sole owner of this debt. Midland Credit Management, Inc. ("MCM"), a debt collection company, will be collecting on and servicing your account.

To welcome you to MCM, we'd like to offer you an opportunity to resolve this account with no further letters or phone calls.

MCM is a different kind of debt collector. Here is what to expect:
– A dedicated Account Manager will be assigned to your account
– We will reach out to you by phone

**MCM, a partner you can trust.**

We value your experience and understand that managing debt can be a difficult process! That is why we set standards for how you are to be treated while working with us. Call **877-452-7959** to experience the difference for yourself.

Sincerely,
Tim Bolin
Division Manager

CONSUMER
BILL OF RIGHTS

80000000

We are not obligated to renew any offers provided.

📱 **MidlandCredit.com**     📞 **877-452-7959**     ✉️ Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

✂

☐ Check here if you provided updated contact information on the reverse side.

 MCM Account Number
 Current Balance     $1,897.55

Total Enclosed    $ _____

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**Manage Your Account Online**
MidlandCredit.com

**Important Payment Information**

**Make checks payable to:**
Midland Credit Management
Enter your MCM Account # on all payments

 **877-452-7959**

**se habla español**
**877-684-0209**

0006347600003055179830018975506182000189755000037666268

V001

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT C

 **Midland Credit Management™**

330 Camino De La Reina
Suite 100
San Diego, CA 92108

Pay by 8/20/2020 at
**MidlandCredit.com**
or **877-654-1129**

8/5/2020

## PRE-LEGAL NOTIFICATION

Joann Liu

P28 T591 045 

ılıllılılılıllᵘᵘᵉᶜᵉllllılılᵘᵖllᵘlᵒᵒⁿᵈllllᵘᵇllᵘlılılılᵖlᵗ

**Our offices are open**
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET
to discuss your **COMENITY BANK
LANE BRYANT RETAIL**
account:

| | | | |
|---|---|---|---|
| **Current Servicer** | Midland Credit Management, Inc. | **Current Balance** | $1,897.55 |
| **MCM Account Number** | | **Date of Default** | 1/20/2020 |
| **Current Owner** | Midland Credit Management, Inc. | **Last Payment Date** | 11/18/2019 |

Dear Joann,

Midland Credit Management, Inc. wants to work with you to resolve the above-referenced account. This letter is to inform you that MCM is considering forwarding this account to an attorney in your state for possible litigation. Please pay us at MidlandCredit.com or call **877-654-1129** no later than **8/20/2020.**

If we don't hear from you or receive payment, MCM may proceed with forwarding this account to an attorney.

We would like to make an arrangement with you to resolve the above referenced account using the following:
• Bi-weekly payments as low as $25 continuing until paid

These payment opportunities do not alter or amend your validation rights as described in our previous letter to you. Please contact our office at **877-654-1129** by 8/20/2020 to take advantage of the above. Once you have completely fulfilled your payment arrangement, you will be released of the obligation. We are not obligated to renew this offer.

Thank you for your cooperation in resolving this matter. Upon receipt of this notice, please pay at **MidlandCredit.com** or call **877-654-1129** to discuss your options.

Sincerely,

Sufiyan Azmat Ali Siddiqui

Midland Credit Management, Inc.

MidlandCredit.com

877-654-1129 Ext. 53319

 **MidlandCredit.com**

 **877-654-1129**

 Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**     REC000

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

FILED DATE: 4/23/2021 5:03 PM 2021CH01980

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| Original Creditor | COMENITY BANK | MCM Account Number | |
|---|---|---|---|
| Original Account Number | | Charge-Off Date | 6/30/2020 |
| Current Creditor The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-654-1129 | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| Street Address | | | | |
|---|---|---|---|---|
| City | | State | | ZIP |
| Email | | Cell Phone | | |
| Work Phone | | Home Phone | | |

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT D

FILED DATE: 4/23/2021 5:03 PM   2021CH01980



Midland
Credit
Management™

350 Camino De La Reina
Suite 100
San Diego, CA 92108

# PRE-LEGAL NOTIFICATION

9/9/2020

| **Account Details** | |
|---|---|
| Original Creditor | COMENITY BANK |
| Original Account Number | |
| Current Servicer | Midland Credit Management, Inc. |
| MCM Account Number | |
| Current Owner | Midland Credit Management, Inc. |
| Current Balance | $1,897.55 |

P15 T235 024 

Joann Liu

ACT NOW:
Attorney review may be the next step

Pay by 10/9/2020 at MidlandCredit.com
or call 877-798-6947

RE: COMENITY BANK      LANE BRYANT RETAIL

Dear Joann,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. MCM is now considering forwarding your account to an attorney in your state for possible litigation. Upon receipt of this notice, please pay at **MidlandCredit.com** or call **877-798-6947** to discuss your options.

> If we don't hear from you or receive payment by **10/9/2020**, we may proceed with forwarding this account to an attorney.

Here are some options to resolve your debt:
* Pay your full balance of $1,897.55
* Call us to see how to qualify for payment plans

**If your account is forwarded to an attorney, this may result in a lawsuit against you.**

Pay online 24/7 at **MidlandCredit.com**
We encourage you to call us: **877-798-6947**.
Hours of Operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

Sincerely,

*Tim Bolin* Division Manager

For your reference:
Your Account Number at Charge-off was xxxxxxxxxxxxxx2682. The Creditor at Charge-off was COMENITY BANK. Charge-Off Balance $1,897.55.

You may request the following information by writing us at PO Box 93090 San Diego, CA 92123 and the same will be provided to you at no cost within 30 days of receipt of your written request: 1) An account statement or complete transactional history, as applicable, reflecting your name, the last four digits of the account number at the time of charge-off, and the charge-off balance and/or claimed balance, excluding any post charge off payments; 2) A listing of all prior owners of this account and transfer information; 3) Documentation evidencing the transfer of ownership of the account to Midland Credit Management, Inc.; 4) An account statement or complete transactional history reflecting purchase, payment or other actual use of the account or a signed document reflecting the opening of the account at issue; 5) an explanation of how any amount we are seeking to collect in excess of charge-off was calculated; and 6) If applicable, the terms and conditions applicable to the account.

We are not obligated to renew any offers provided

 MidlandCredit.com       877-798-6947       Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

Check here if you provided updated contact information on the reverse side.

MCM Account Number
Current Balance                           $1,897.55

Total Enclosed            $ _____

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**Manage Your Account Online**
MidlandCredit.com

Important Payment Information

**Make checks payable to:**
Midland Credit Management
Enter your MCM Account # on all payments

**877-798-6947**

se habla español
**877-798-7850**

0006387160000305517983001897550092000189755000046172391                REC1001

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT E

 *Welcome,* Your account has a new home.  **MCM** | Midland Credit Management™ | 350 Camino De La Reina Suite 100 San Diego, CA 92108

FILED DATE: 4/23/2021 5:03 PM 2021CH01980

9/26/2020

## Account Transfer Details

| | |
|---|---|
| Original Creditor | CITIBANK, N.A. |
| Original Account Number | |
| Current Servicer | Midland Credit Management, Inc. |
| MCM Account Number | |
| Current Owner | Midland Credit Management, Inc. |
| Current Balance | $1,342.97 |

Joann K. Liu

P25 T489 046 

ılılı|ıll|ıılll|ıılı|lllll|lll|ıll|lıllıılllılıl|ıllılı|ll

**Flexible payment options available**

---

### Account at a Glance

**Current Balance**
**$1,342.97**

**Flexible payment options available**

**Receive Personalized Service**

**Begin your path to your financial freedom TODAY!**

---

**Reply by 11/10/2020**
MidlandCredit.com
Call 877-452-7959
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

---

RE CITIBANK, N.A. THE GOODYEAR

Dear Joann,

Welcome! On 9/23/2020, your account was sold to Midland Credit Management, Inc., which is now the sole owner of this debt. Midland Credit Management, Inc. ("MCM"), a debt collection company, will be collecting on and servicing your account.

To welcome you to MCM, we'd like to offer you an opportunity to resolve this account with no further letters or phone calls.

MCM is a different kind of debt collector. Here is what to expect:
– A dedicated Account Manager will be assigned to your account
– We will reach out to you by phone

**MCM, a partner you can trust.**

We value your experience and understand that managing debt can be a difficult process! That is why we set standards for how you are to be treated while working with us. Call 877-452-7959 to experience the difference for yourself.

Sincerely,
Tim Bolin
Division Manager

 CONSUMER BILL OF RIGHTS

---

We are not obligated to renew any offers provided.

---

📺 **MidlandCredit.com** | 📞 **877-452-7959** | ✉️ Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

☐ Check here if you provided updated contact information on the reverse side.

MCM Account Number
Current Balance $1,342.97

Total Enclosed $ .

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

 **Manage Your Account Online**
MidlandCredit.com

**Important Payment Information**

**Make checks payable to:**
Midland Credit Management
Enter your MCM Account # on all payments

 **877-452-7959**

**se habla español**
**877-684-0209**

0006367160000307601110001342971026200013429700005392503 03

V001

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT F

FILED DATE: 4/23/2021 5:03 PM 2021CH01980

## Pre-Legal Department
## NOTICE OF POSSIBLE ATTORNEY REVIEW



Midland
Credit
Management®

350 Camino De La Reina
Suite 100
San Diego, CA 92108

MCM's Pre-Legal Department has attempted to contact you regarding this account

### PRE-LEGAL NOTIFICATION

P10 T178 018 

Joann K. Liu

**SECOND NOTICE**
Pay at MidlandCredit.com or
Call 877-211-9872

10/14/2020

RE: COMENITY BANK LANE BRYANT RETAIL
Original Account Number:
MCM Account Number:

### CURRENT STATUS OF YOUR ACCOUNT

We are proceeding with an evaluation of your account and are considering forwarding this account to an attorney in your state for possible litigation. Contact us by **11/13/2020** to resolve this account.

### IF YOU DO NOT CONTACT US

Failure to make a payment or contact us will result in the continuation of the pre-legal review process.
After the pre-legal review process, your account may be forwarded to an attorney.

### SOME OF YOUR OPTIONS

Call us at **877-211-9872** today to stop this process!
Make a payment using the slip provided below or pay online at **MidlandCredit.com**.

### LET US HELP YOU

If your account is forwarded to an attorney, this may result in a lawsuit against you. If this process results in litigation, and a judgment is entered against you, the judgment will be enforceable according to state law.
There still is an opportunity to set up a payment plan and avoid the hassle and inconvenience of the legal process. Please call us today: **877-211-9872**.

| | | |
|---|---|---|
| **STOP THE PRE-LEGAL PROCESS** | • Pay your full balance of $1,897.55 <br> • Call us to see how to qualify for payment plans | Reply by 11/13/2020 at MidlandCredit.com or 877-211-9872 <br> Mon-Fri: 8am - Midnight ET <br> Sat-Sun: 8am - 7:30pm ET |

Sincerely,
*Tim Bolin* Division Manager

We are not obligated to renew any offers provided

 **MidlandCredit.com**

 **877-211-9872**

 Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

Check here if you provided updated contact information on the reverse side.

MCM Account Number:
Current Balance: $1,897.55

Total Enclosed: $ _____

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**Manage Your Account Online**
MidlandCredit.com

### Important Payment Information

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**877-211-9872**

se habla español
**877-214-7732**

000638716000030551798300189755111320001897550000590686983

REC2001

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT G





Midland
Credit
Management™
an encore capital group company

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

11/2/2020

RE: Your CITIBANK, N.A. THE GOODYEAR account, with an original account number of

Dear Joann!

I've been trying to reach you to go over your account with Midland Credit Management, Inc. You have a current balance of $1,342.97, and I would like to help you resolve your debt. Please refer to your MCM account ████████

We would like to make an arrangement with you to resolve the above referenced account using the following:

· Bi-weekly payments as low as $25 continuing until paid

Please hurry! This offer is available for 15 days from the date of this letter. Call me immediately at 877-898-5129.

Sincerely,

*Angela Cannady*

Midland Credit Management, Inc.

Visit MidlandCredit.com or call 877-898-5129

P.S. This offer is exclusively for Joann K. Liu, ████████████. Please contact us if we don't have your correct address.

These payment opportunities do not alter or amend your validation rights as described in our previous letter to you.

350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Visit MidlandCredit.com or Call 877-898-5129 Now**
Hours of operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

AVAL02

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

| Calls to and/or from this company may be monitored or recorded. | | | |
|---|---|---|---|
| **Basic Information** | | | |
| Original Creditor | CITIBANK, N.A. | MCM Account Number | |
| Original Account Number | | Charge-Off Date | 7/15/2020 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

| **Important Contact Information** | | |
|---|---|---|
| **Send Payments to:** Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | **Send disputes or an instrument tendered as full satisfaction of a debt to:** Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 **You may also call: 877-898-5129** | **Physical Payments for Colorado Residents:** Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| | | | | |
|---|---|---|---|---|
| Street Address | | | | |
| City | | State | ZIP | |
| Email | | Cell Phone | | |
| Work Phone | | Home Phone | | |

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT H

FILED DATE: 4/23/2021 5:03 PM    2021CH01980

Midland Credit Management®    00001264

350 Camino De La Reina
Suite 100
San Diego, CA 92108

# PRE-LEGAL NOTIFICATION

11/19/2020

## Account Details

Joann K. Liu                102

| | |
|---|---|
| Original Creditor | COMENITY BANK |
| Original Account Number | |
| Current Servicer | Midland Credit Management, Inc. |
| MCM Account Number | |
| Current Owner | Midland Credit Management, Inc. |
| Current Balance | $1,897.55 |

## FINAL NOTICE

### Pay online at MidlandCredit.com or call 877-214-7799

RE: COMENITY BANK         LANE BRYANT RETAIL

After numerous attempts to contact you regarding this account, Midland Credit Management, Inc. will transition your account into the attorney review process after **12/17/2020**. Pay online at MidlandCredit.com or call 877-214-7799.

If your account is forwarded to an attorney, this may result in a lawsuit against you. If this process results in litigation, and a judgment is entered against you, the judgment will be enforceable according to state law.

This is the final written communication you will receive prior to entering the legal review process. Your prompt attention is necessary to avoid the possibility of legal action.

Here are some options to resolve your debt:

- Pay your full balance of $1,897.55
- Call us to see how to qualify for payment plans

We encourage you to visit MidlandCredit.com or call us at 877-214-7799.

Hours of Operation:
Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

Sincerely,

Tim Bohn
Division Manager

---

We are not obligated to renew any offers provided

 MidlandCredit.com     877-214-7799     Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

---

☐ Check here if you provided updated contact information on the reverse side.

MCM Account Number
Current Balance                    $1,897.55

Total Enclosed              $

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

### Manage Your Account Online
### MidlandCredit.com

### Important Payment Information

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

### 877-214-7799

se habla español
877-216-9675

0006367160000305517963001897551219200013975500006636 52113

AEC6001

FILED DATE: 4/23/2021 5:03 PM 2021CH01980

**Important Disclosure Information:**

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | COMENITY BANK | MCM Account Number | |
| Original Account Number | | Charge-Off Date | 6/30/2020 |
| Current Creditor The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to:<br>Midland Credit Management, Inc.<br>PO Box 301030<br>Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to:<br>Attn: Consumer Support Services<br>320 E Big Beaver Rd.<br>Suite 300<br>Troy, MI 48083<br>You may also call: 877-214-7799 | Physical Payments for Colorado Residents:<br>Colorado Manager, Inc.<br>8690 Wolff Court, Suite 110<br>Westminster, CO 80031<br>Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ->

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| | | | | |
|---|---|---|---|---|
| Street Address | | | | |
| City | | State | | ZIP |
| Email | | Cell Phone | | |
| Work Phone | | Home Phone | | |

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT I

FILED DATE: 4/23/2021 5:03 PM   2021CH01980



MCM Midland Credit Management®   350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Original Creditor**

CITIBANK, N.A.
THE GOODYEAR

Midland Credit Management, Inc. is a debt collection company.

Original Account Number

12/2/2020

MCM Account Number

Current Balance

$1,342.97

P8 T287 021

Joann K. Liu

You are pre-approved for a
**10%** discount!

Reply Now **MidlandCredit.com** or call
877-875-5019 by 1/1/2021

## Choose the Option That Works for You.

Midland Credit Management, Inc. gives you options to manage your account: make an online payment at MidlandCredit.com or call
877-875-5019. Whatever one you choose, we are offering you these fantastic savings below:



| OPTION 1* | OPTION 2** | ACCOUNT INFORMATION |
|---|---|---|
| **10%** off | **5%** off  6 Monthly Payments of $212.64** | **Current Owner:** Midland Credit Management, Inc. |
| You Pay Only: $1,208.67* | First Payment Due Date: 1/1/2021 | **Original Account Number:** xxxxxxxxxxx5765 |
| Offer Expiration Date: 1/1/2021 | Visit MidlandCredit.com or Call 877-875-5019 Now | **MCM Account Number:** 307601110 |
| | | **Current Balance:** $1,342.97 |

Let's put this debt behind you. Visit MidlandCredit.com, or call 877-875-5019 today, to pay off your account and regain your financial freedom!

Sincerely,

*Tim Bolin*

Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-875-5019.

**Option 2 is only available by calling 877-875-5019.

We are not obligated to renew any offers provided.

350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Visit MidlandCredit.com or Call 877-875-5019 Now**

Hours of operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

### PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION

☐ Check here if you provided updated contact information on the reverse side.

**Manage Your Account Online**
MidlandCredit.com

| | |
|---|---|
| MCM Account Number | |
| Current Balance | $1,342.97 |
| Total Enclosed | $ |

**Important Payment Information**

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**877-875-5019**

se habla español
**877-875-5573**

0006387160000307601110001342970101210013429700006775B6902

## Important Disclosure Information:

> Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| Original Creditor | CITIBANK, N.A. | MCM Account Number | |
|---|---|---|---|
| Original Account Number | | Charge-Off Date | 7/15/2020 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-875-5019 | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

NMLS ID: 934164

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

*By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.*

| Street Address | | | |
|---|---|---|---|
| City | | State | ZIP |
| Email | | Cell Phone | |
| Work Phone | | Home Phone | |

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT J



FILED DATE: 4/23/2021 5:03 PM 2021CH01980

1/15/2021

**RE CITIBANK, N.A., THE GOODYEAR**

Midland
Credit
Management

**Midland Credit Management, Inc. (MCM),**
is a debt collection company.

**ACCOUNT INFORMATION**

Original Creditor                    CITIBANK N.A.
Current Owner           Midland Credit Management, Inc.
Original Account Number
MCM Account Number
Current Balance

Joann K. Liu          P34 T1074 021

Dear Joann,

Visit **MidlandCredit.com** or Call
**877-746-1459** Today!

## CHOOSE THE OPTION THAT WORKS FOR YOU:

| OPTION 1 | OPTION 2 | OPTION 3 |
|---|---|---|
| **10% OFF** | **5% OFF** | **BUILD YOUR OWN PLAN** |
| You Pay Only: $1,208.67* | 6 Monthly Payments of Only $212.64** | MidlandCredit.com 877-746-1459 |

OR          OR

**All offers expire 2/14/2021.**

Sincerely,

*Tim Bolin*

**Division Manager**

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-746-1459.

**Option 2 is only available by calling 877-746-1459.

We are not obligated to renew any offers provided.

350 Camino De La Reina
Suite 100
San Diego, CA 92108

Visit **MidlandCredit.com** or Call **877-746-1459** Now

Hours of operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

Check here if you provided updated contact information on the reverse side.

MCM Account Number
Current Balance                              $1,342.97

Total Enclosed          $            .

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

Manage Your Account Online
MidlandCredit.com

**Important Payment Information**

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**877-746-1459**

se habla español
**877-746-1460**

0006387160000307601110001342970213210013429700007663937556

DM010

FILED DATE: 4/23/2021 5:03 PM    2021CH01980

## Important Disclosure Information:

**Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Calls to and/or from this company may be monitored or recorded.

### Basic Information

| Original Creditor | CITIBANK, N.A. | MCM Account Number | |
|---|---|---|---|
| Original Account Number | | Charge-Off Date | 7/15/2020 |
| Current Creditor The sole owner of this debt | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 You may also call: 877-746-1459 | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |
|---|---|---|

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA

By providing your telephone number below, you authorize MCM or its agents to contact you regarding your account at such number by any means, including calling, texting, using automated dialer systems and automatic telephone dialing systems, and using pre-recorded or artificial voice messages. By providing your e-mail address below, you agree to receive electronic mail communications from MCM or its agents regarding your account at such e-mail address and confirm that such e-mail address is not furnished or owned by your employer.

| Street Address | | | |
|---|---|---|---|
| City | | State | ZIP |
| Email | | Cell Phone | |
| Work Phone | | Home Phone | |

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

# EXHIBIT K



**Midland Credit Management®**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

2/26/2021

| Original Creditor | CITIBANK, N.A. |
|---|---|
| Current Owner | Midland Credit Management, Inc. |
| Original Account Number | |
| MCM Account Number | |
| Current Balance | $1,342.97 |

Joann K. Liu

P32 T1033 021 

You are pre-approved **for a 10% discount!**
Reply Now! **MidlandCredit.com**
**877-653-5260**

### Choose The Option That Works For You.

## Benefits of Paying!

RE CITIBANK, N.A.     THE GOODYEAR

Dear Joann,

Congratulations! You have been **pre-approved** for options designed to save you money. Act now to maximize your savings and put this debt behind you. Pay today at MidlandCredit.com or call 877-653-5260 now.

| | | |
|---|---|---|
| **Option 1    10% OFF**<br>Payment Due Date:   3/28/2021 | You Pay Only | $1,208.67 |
| **Option 2    5% OFF**<br>First Payment Due Date:   3/28/2021 | 6 Monthly Payments of Only | $212.64 |
| **Option 3:  Monthly Payments As Low As:**<br>Call today to discuss your options and get more details. | $50 per month | |

Save Up To:
**$134.30**

STOP our calls by selecting one of these 3 options

This offer expires
**3/28/2021**

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*

Division Manager

MidlandCredit.com
877-653-5260

Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-653-5260.
**Option 2 is only available by calling 877-653-5260.

We are not obligated to renew any offers provided.

 **MidlandCredit.com**      877-653-5260      Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

## Important Disclosure Information:

> **Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

FILED DATE: 4/23/2021 5:03 PM   2021CH01980

| Calls to and/or from this company may be monitored or recorded. | | | |
|---|---|---|---|
| **Basic Information** | | | |
| Original Creditor | CITIBANK, N.A. | MCM Account Number | ▆▆▆▆▆▆▆▆ |
| Original Account Number | ▆▆▆▆▆▆▆▆ | Charge-Off Date | 7/15/2020 |
| Current Creditor *The sole owner of this debt* | Midland Credit Management, Inc. | Current Servicer | Midland Credit Management, Inc. |

| **Important Contact Information** | | |
|---|---|---|
| Send Payments to: Midland Credit Management, Inc. PO Box 301030 Los Angeles, CA 90030-1030 | Send disputes or an instrument tendered as full satisfaction of a debt to: Attn: Consumer Support Services 320 E Big Beaver Rd. Suite 300 Troy, MI 48083 **You may also call: 877-653-5260** | Physical Payments for Colorado Residents: Colorado Manager, Inc. 8690 Wolff Court, Suite 110 Westminster, CO 80031 Phone (303) 920-4763 |

We are required under state law to notify consumers of the following additional rights. This list does not contain a complete list of the rights consumers have under applicable law:

**NMLS ID: 934164**

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, #3777, #111895, #112039, #113170, #113236 and #112678. Midland Credit Management, Inc. 350 Camino De La Reina, Suite 100, San Diego, CA, 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

DPRODA